UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MATHERNE FAMILY PROPRTIES, LLC

VERSUS

TRAVELERS INSURANCE COMPANY

CIVIL ACTION

NO. 09-1051-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 14, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Remand pursuant to 28 U.S.A § 1447 (rec.doc.4) filed by plaintiff, Matherne Family Properties, LLC, will be granted, and this matter will be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, March 4, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

19th JDC-Certified Copy